JS-6

FILED
CLERK, U.S. DISTRICT COURT

5/20/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS GONZALES,<br>Plaintiff,<br>v.<br>NANCY A. BERRYHILL,<br>Commissioner of Social Security,<br>Defendant. | CASE NO. 2:18-cv-04532-SK<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that this action is reversed and remanded for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Opinion and Order.

DATED: May 20, 2019

STEVE KIM
U.S. MAGISTRATE JUDGE